UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAPITAL HOLDINGS ENTERPRISES, LLC,<br><br>Plaintiff,<br>v.<br>SEASHORE MARKETING GROUP, LLC,<br><br>Defendant. | Case No. 2:15-cv-02131-GMN-PAL<br><br>ORDER<br><br>(Mot. WD Counsel – (Dkt. #15) |

This matter is before the court on the Motion to Withdraw as Counsel for Defendant Seashore Marketing Group, LLC (Dkt. #15) filed April 7, 2016.  The motion represents that Defendant Seashore Marketing Group, LLC ("Seashore") is no longer cooperating with counsel in its defense, and refuses to pay for any additional services that would need to be provided on Seashore's behalf.  Furthermore, Seashore has indicated to its counsel that it intends to file for bankruptcy protection. Messrs. Adam Springel and Michael Arata of Springel & Fink, LLP seek leave to withdraw as counsel of record for Defendant Seashore.  A corporation cannot appear except through counsel.  *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *United States v. High Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  As such, Seashore will be required to obtain new counsel.

Currently, a motion for summary judgment is pending and Defendant's opposition is due no later than April 22, 2016.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Messrs. Adam Springel and Michal Arata of Springel & Fink, LLP's Motion to Withdraw as Counsel for Defendant Seashore Marketing Group (Dkt. #15) is **GRANTED**.

2. Defendant Seashore shall have until **May 5, 2016,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

3. Defendant's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions which may include a recommendation to the District Judge for default judgment against Seashore for its failure to retain counsel for the duration of the litigation. *United States v. High Country Broadcasting*, 3 F.3d 1244, 1245 (9th Cir. 1993).

4. The Clerk of the Court shall serve the principal for Seashore with a copy of this order at its last known address:

Robert Gallagher
31441 Santa Margarita Pkwy., Ste. #A325
Rancho Santa Margarita, CA  92688
(949) 858-5663

5. The opposition to the motion for summary judgment shall be due no later than **May 31, 2016.**

DATED this 7th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE