CAMI M. PERKINS, ESQ. (NBN 9149)
cperkins@nevadafirm.com
ANDREA M. GANDARA, ESQ. (NBN 12580)
agandara@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL HOLDINGS ENTERPRISES, LLC, a Nevada limited liability company,<br><br>Plaintiff.<br>v.<br><br>SEASHORE MARKETING GROUP, LLC, a California limited liability company; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-02131-GMN-PAL<br><br>JUDGMENT IN FAVOR OF PLAINTIFF CAPITAL HOLDINGS ENTERPRISES, LLC AND AGAINST DEFENDANT SEASHORE MARKETING GROUP, LLC |

This matter having come before the Court pursuant to the Motion for Summary Judgment ("Motion") [ECF No. 14] filed by Plaintiff Capital Holdings Enterprises, LLC's ("Plaintiff") on March 29, 2016, and the Court having entered its Order granting the Motion in part as to Plaintiff's breach of contract claim and denying in part and dismissing the remaining claims, judgment is hereby entered against Defendant Seashore Marketing Group, LLC ("Defendant") pursuant to FED. R. CIV. P. 54 and 58, as follows:

1. Plaintiff is awarded a total Judgment of $1,451,629.64 against the Defendant, consisting of:

///

///

10585-01/1851455.docx



   a. $500,515.00 for Plaintiff's claim for breach of contract as of July 27, 2015, and;

   b. $951,114.64 in pre-judgment interest from July 28, 2015 through and including February 24, 2017 based upon the contract between Plaintiff and Defendant that provides for ten (10) percent interest per month.

2. Plaintiff is further awarded post-judgment interest of .98 percent on the entire amount of this Judgment, compounded annually, from the date of entry of this Judgment until satisfied.

IT IS SO ORDERED.

DATED this  13  day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**

_____
CAMI M. PERKINS, ESQ. (NBN 9149)
ANDREA M. GANDARA, ESQ. (NBN 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

10585-01/1851455.docx